Pod 4

JS-6
Scan

ROCKARD J. DELGADILLO, City Attorney (SBN 125465x)
MICHAEL L. CLAESSENS, Senior Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
RENA M. SHAHANDEH, Deputy City Attorney (SBN 198072)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, CA 90012
E-mail: rena.shahandeh@lacity.org
Phone No.: (213) 978-7047 - Fax No.: (213) 978-8785

*Attorneys for* Defendants CITY OF LOS ANGELES and AMMON M. WILLIAMS

FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA ROSATE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No. CV07- 1424 AK<br>*[Assigned to Hon. Judge A. Kozinski]*<br><br>[~~PROPOSED~~] JUDGMENT AFTER TRIAL BY JURY |

This action came on regularly for trial on March 17, 2008 in Courtroom "1600" of the United States District Court for the Central District of California before the Honorable Alex Kozinski, United States Ninth Circuit Judge. Plaintiff Rita Rosate was represented by Paul L. Hoffman and Adrienne J. Quarry. The

///

///

Defendants, CITY OF LOS ANGELES and **AMMON M. WILLIAMS**, were represented by Deputy City Attorneys Rena M. Shahandeh and Geoff Plowden.

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## JURY VERDICT

WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

## CLAIM UNDER FEDERAL LAW

## FOURTH AMENDMENT CLAIM (42 U.S.C. Section 1983)

**QUESTION NO. 1**

Did Officer Williams violate Ms. Rosate's constitutional rights by using excessive force against her?

YES___   NO **X**

2

## CLAIMS UNDER CALIFORNIA LAW

## UNREASONABLE FORCE BY PEACE OFFICER

**QUESTION NO. 2**

Did Officer Williams used unreasonable force against Ms. Rosate?

YES___    NO_X_

## NEGLIGENCE

**QUESTION NO. 3**

Was Officer Williams negligent?

YES___    NO_X_

If you answered "YES" to Question No. 3, please answer Question No. 4.

If you answered "NO" to Question No. 3, please sign and date the verdict form.

**QUESTION NO. 4**

Was Ms. Rosate negligent?

YES___    NO___

3

Please date, sign and return this form.

DATED: <u>3-24-08</u>  _____/S/_____
                      **Presiding Juror**

## JUDGMENT

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiff;

2. That the Plaintiff shall take nothing;

3. That the Defendants recover their costs of suit herein.

Dated: _____, 2008     _____
                           **ALEX KOZINSKI**
                           **United States Ninth Circuit Judge**

4

**PROOF OF SERVICE BY MAIL**
**(Business Practice to Entrust Deposit to Others)**
**(C.C.P. Section 1013a(3))**

I, MARGARIT AVESYAN, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, 6th Floor, City Hall East, Los Angeles, California, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing or correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 27, 2008, at my place of business at 200 North Main Street, 6th Floor, City Hall East, Los Angeles, California, a copy of the attached **[PROPOSED] JUDGMENT AFTER TRIAL BY JURY** was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

**Paul L. Hoffman, Esq.**
**SCHONBRUN DESIMONE SEPLOW**
**HARRIS & HOFFMAN LLP**
**723 Ocean Front Walk**
**Venice, California 90291**
**(310) 396-0731**
**(310) 399-7040 Fax**

and that envelope was placed for collection and mailing on that date following ordinary business practices.

__**X**__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2008, at Los Angeles, California.

_____
MARGARIT AVESYAN